ALEXANDER G. CALFO (SBN 152891)
KELLEY S. OLAH (SBN 245180)
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 362-7777
Facsimile:      (213) 362-7788

Attorneys for Defendants
JOHNSON & JOHNSON SERVICES, INC.,
JOHNSON & JOHNSON (erroneously sued as
"Johnson & Johnson, Inc."), DEPUY
ORTHOPAEDICS, INC., PINNACLE WEST
ORTHOPAEDICS, INC, and GOLDEN STATE
ORTHOPAEDICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA NELSON, | CASE NO. C-12-4664-MEJ |
| Plaintiff, | ~~PROPOSED~~ **ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS** |
| vs. | |
| JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; THOMAS SCHMALZRIED, M.D.; PINNACLE WEST ORTHOPAEDICS, INC.; GOLDEN STATE ORTHOPAEDICS, INC.; and DOES ONE through ONE HUNDRED, | |
| Defendants. | |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff LAURA NELSON and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., PINNACLE WEST ORTHOPAEDICS, INC., GOLDEN STATE ORTHOPAEDICS, INC., and THOMAS P.SCHMALZRIED, M.D., (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

    1.    The Parties' request for a stay of proceedings is GRANTED;

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

2.   All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

3.   Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Sept. 17th, 2012

_____
UNITED STATES



**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On September 13, 2012, I served true copies of the following document(s) described as **PROPOSED ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS** on the interested parties in this action as follows:

| | |
|---|---|
| Khaldoun A. Baghdadi, Esq.<br>Spencer J. Pahlke, Esq.<br>WALKUP, MELODIA, KELLY &<br>SCHOENBERGER<br>650 California Street, 26th Fl.<br>San Francisco, CA 94108-2615 | **Attorney for Plaintiff**<br>**LAURA NELSON**<br><br>T: (415) 981-7210<br>F: (415) 391-6965 |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 13, 2012, at Los Angeles, California.

*/s/ Alexander G. Calfo*
Alexander G. Calfo